IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 23-cv-01339-RM-STV | Date:   May 21, 2024 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

*Parties:*

DERRICK GROVES

   Plaintiff,

v.

CITY OF FORT COLLINS, and
JASON HAFERMAN

   Defendants.

*Counsel:*

Sarah Schielke (by phone)
Matthew Haltzman (by phone)

Mark Ratner
Jonathan Abramson (by phone)
Yulia Nikolaevskaya (by phone)

## COURTROOM MINUTES/MINUTE ORDER

**DISCOVERY HEARING**
**Court in session:   1:59 p.m.**
Court calls case.  Appearances of counsel.

The issue before the court is whether or not the Plaintiff should be permitted to depose Chief of Police, Jeffrey Swoboda and if so, whether the topics should be limited.

Arguments by the parties.

For the reasons stated on the record, it is:

**ORDERED:**    The court at this point, DENIES Plaintiff's request to depose Chief of Police, Jeffrey Swoboda.  If after the Rule 30 (b)(6) deposition is conducted, there is a limited set of facts that is essential to the case that simply cannot be obtained through other means, then the court will consider reopening this question allowing the Plaintiff to make those showings and allowing the deposition of the Chief of Police on those limited topics.  The parties shall confer on the issue before hand.

Hearing concluded.

**Court in recess:**     2:36 p.m.
Total time in court:     00:37

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.